# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **RENATE ALDRIDGE, et. al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | No. 09-2178-CM |
| ) | |
| **ALERITAS CAPITAL CORP.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum and Order filed February 9, 2010, plaintiff to take nothing and the action is dismissed.  Defendant to recover of plaintiff its costs of action.


Date: February 10, 2009                              TIMOTHY M. O'BRIEN
                                                                             Clerk of the Court


                                                                 By:  s/ Jennifer Walton
                                                                      Jennifer Walton, Deputy Clerk